PROGRESSIVE NORTHEASTERN INSURANCE COMPANY, Plaintiff, v STATE FARM INSURANCE COMPANIES et al., Defendants, GABE'S AUTO, Appellant, and CHARTER OAK FIRE INSURANCE COMPANY, Respondent.

Decided May 10, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601).

MIRNA SAMUEL et al., Appellants, v MACY'S NORTHEAST, INC., Respondent.

Submitted March 7, 2011; decided May 10, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the order of the Appellate Term (*see* CPLR 5602 [a]).